1  BARRY E. HINKLE, Bar No. 071223
   PATRICA A. DAVIS, Bar No. 179074
2  NICOLE M. PHILLIPS, Bar No. 203786
   JOYE BLANSCETT, Bar No. 191242
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
5  Telephone 510.337.1001
   Fax 510.337.1023
6
   Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 KEN WALTERS and JOHN BONILLA, in their       ) No.   C 05 3270 JL
   respective capacities as Trustees of the OPERATING )
12 ENGINEERS HEALTH AND WELFARE TRUST           )
   FUND FOR NORTHERN CALIFORNIA; BOARD          )
13 OF TRUSTEES OF THE PENSION TRUST FUND        )
   FOR OPERATING ENGINEERS; BOARD OF            )
14 TRUSTEES OF THE PENSIONED OPERATING          ) **STIPULATION FOR ENTRY OF**
   ENGINEERS HEALTH AND WELFARE FUND;           ) **JUDGMENT;** ~~PROPOSED~~ **ORDER**
15 BOARD OF TRUSTEES OF THE OPERATING           )
   ENGINEERS AND PARTICIPATING EMPLOYERS        )
16 PRE-APPRENTICESHIP, APPRENTICE AND           )
   JOURNEYMEN AFFIRMATIVE ACTION                )
17 TRAINING FUND; BOARD OF TRUSTEES OF THE      )
   OPERATING ENGINEERS VACATION AND             )
18 HOLIDAY PLAN,                                )
                                                )
19         Plaintiffs,                          )
                                                )
20    v.                                        )
                                                )
21 HEIDE & WILLIAMS, INC., A California         )
   Corporation,                                 )
22                                              )
           Defendant.                           )
23 _____

24

25     The parties hereto hereby stipulate and agree as follows:

26     1.  Plaintiffs Ken Walters and John Bonilla, in their capacity as a Trustees of the Plaintiff

27 Trust (hereinafter referred to collectively as "Plaintiffs"), have brought the above-captioned action

28

against Heide & Williams, INC., a California Corporation (hereinafter referred to as "Defendant"). Plaintiffs, in this action, sought $318,215.35 in unpaid fringe benefit contributions and liquidated damages in the amount of $218,465.67 for the period of January, 2000 through July, 2005, plus interest thereon, as well as an audit entry, pursuant to the Operating Engineers Master Agreement ("Master Agreement") and the relevant trust agreements establishing Plaintiff Trust Funds. The parties, by and through their counsel of record, hereby stipulate and agree to settle this action under the following terms:

2. Defendant agrees to have judgment entered against them in the amount of $536,681.02 for delinquent fringe benefit contributions and liquidated damages for the period of January, 2000 through July, 2005, together with interest at the rate of twelve (12%) percent per annum on the unpaid balance.

3. The parties hereto stipulate and agree that Defendant shall remit an initial payment of $66,330.50 to the Trust Funds' office upon execution of this Stipulation. The rest of the payments, totaling $306,502.00 plus interest, shall be made over a ten-month period, with fourteen monthly installments. All payments will be applied first to the principal amount due under this Stipulation and then to interest. All installment payments are due on the fifteenth day of every month and will be considered late if not received by the Operating Engineers Trust Fund by the 24th day of the month. Payments shall be made as follows:

| Payment No. | Due Date | Amount Due |
|---|---|---|
| No. 1 | September 15, 2005 | $30,650.20 |
| No. 2 | October 15, 2005 | $30,650.20 |
| No. 3 | November 15, 2005 | $30,650.20 |
| No. 4 | December 15, 2005 | $30,650.20 |
| No. 5 | January 15, 2006 | $ 5000.00 |
| No. 6 | February 15, 2006 | $ 5000.00 |
| No. 7 | March 15, 2006 | $ 5000.00 |
| No. 8 | April 15, 2006 | $ 5000.00 |

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER, Case No. C 05 3270 JL
110965/393832

| No. 9  | May 15, 2006       | $30,650.20 |
| No. 10 | June 15, 2006      | $30,650.20 |
| No. 11 | July 15, 2006      | $30,650.20 |
| No. 12 | August 15, 2006    | $30,650.20 |
| No. 13 | September 15, 2006 | $30,650.20 |
| No. 14 | October 15, 2006   | $10,650.20 |

4. All of the above-referenced payments shall be made payable to the Operating Engineers Trust Fund and mailed to the Operating Engineers Trust Funds, 1620 South Loop Road, Alameda, California 94502-7090, Attention: Wayne McBride.

5. The parties heretofore stipulate that if all payments as above-described are received by the Trust Funds on the date specified above, or sooner, and if Defendants do not default on any other material condition contained herein, the unpaid balance of $163,849.26 due under this Stipulation, plus any interest accruing thereon, shall be waived by the Trust Funds and the Stipulation for Entry of Judgment shall be deemed paid in full.

6. The parties hereto further stipulate and agree that if Defendant fails to make the initial $66,330.50 payment or any of the monthly installments provided for above in paragraph 3, Plaintiffs may then execute upon the Judgment for the full amount of $536,681.02, minus the amount of any payments actually received, together with the interest that shall have accrued thereon. The parties further agree that in the event Defendant fails to make any of the required monthly installments due under Paragraph 3, employees performing Operating Engineers worker may be withdrawn from the job without any prior notice to Defendant or Defendant's counsel. Failure of Plaintiffs to exercise such options shall not constitute a waiver of the right to exercise it in the event of a continuing or subsequent default.

7. Additionally, Defendant agrees to remain current on all fringe benefit contributions, not yet due and payable, which become due and payable to the Trust Funds during the term of this Stipulated Judgment. It is a material condition of this Stipulated Judgment that Defendant remain

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

current on all such fringe benefit contributions and failure to do so shall constitute default.

8. If Defendant defaults in the making of any of said payments or any part thereof, and if Plaintiffs consult legal counsel with respect thereto, there shall be added to Defendant's obligation under a modification to this Stipulation for Entry of Judgment reasonable attorneys' fees, court costs and all other reasonable expenses incurred by Plaintiffs in connection with such suit or claim, including any and all appellate proceedings therein.

9. The parties further acknowledge that by entering into this stipulation, the Trust Fund in no way waives its right to conduct an audit for the period of time covered by this action or to seek payment of any contributions found due from an audit

10. The provisions set forth in this Stipulation for Entry of Judgment are not in violation of any state or federal law.  However, if any portion of said stipulation is found to be in violation of any state or federal law, then Defendant shall continue to pay the indebtedness outlined herein under Paragraph 3 .

11. Plaintiffs hereto stipulate and agree that if Defendant complies with Paragraphs 3 and 4, Plaintiffs will waive the remaining the interest, attorney's fees and cost incurred in this action**.** Plaintiffs hereby stipulate and agree that once Defendant has complied with paragraph 3 of the Stipulation for Entry of Judgment, Plaintiffs shall file a satisfaction of judgment with the Court.

12. Defendant acknowledges to Plaintiffs that Defendant has had the opportunity to be represented by independent legal counsel of its own choice throughout all of the negotiations that preceded the execution of this Stipulation for Entry of Judgment.  Defendant further acknowledges that they have had adequate opportunity to perform whatever investigation or inquiry they may deem necessary in connection with the subject matter of this Stipulation for Entry of Judgment prior to its execution, and agree with the delivery and acceptance of the considerations specified in this Stipulation for Entry of Judgment.

////

////

////

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

The parties hereto mutually state that they have read the foregoing Stipulation for Entry of Judgment and are fully aware of its contents and legal facts.  This stipulation for entry of Judgment constitutes the entire agreement of the parties and is entered into on the dates below indicated.

Dated: September 2, 2005

HEIDE & WILLIAMS, INC

By:  /s/ _____

Dated: September 19, 2005

OPERATING ENGINEERS TRUST FUNDS

By:  /s/ _____
  WAYNE McBRIDE
  Operating Engineers Trust Fund

As to form only:

Dated: September 12, 2005

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:  /s/ _____
  PATRICIA DAVIS
  Attorneys for Plaintiffs

As to form only:

Dated: August 26, 2005

SIMPSON, GARRITY & INNES, PC

By:  /s/ _____
  PAUL SIMPSON
  Attorney for Defendant

110965/393832

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 5 -
STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER, Case No. C 05 3270 JL

110965/393832

1 **[PROPOSED] ORDER**

2 It is so ordered that Judgment is entered against Defendant Heide & Williams, INC., A California Corporation, as set forth in the Stipulation For Entry of Judgment.

Dated: 9/27/05 _____



HONORABLE _____

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001